UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Barry W. Chapin,<br>                           Appellant<br>     v.<br>Harold Murphy, Esq., as he is chapter 7 bankruptcy trustee,<br>                           Appellee | BANKRUPTCY APPEAL<br><br>Case No. 1:20-cv-11931-GAO |

EMERGENCY MOTION
FOR STAY PENDING APPEAL

NOW COMES Barry W. Chapin, debtor/appellant, and respectfully moves the court for a stay of the bankruptcy court's order allowing the appellee (hereinafter "trustee") to sell Mr. Chapin's home. Emergency treatment is requested as the trustee has scheduled a sale for November 18. As set forth in the motion for a stay made in the bankruptcy court, a copy of which is attached and incorporated herein by reference, the trustee has conceded that there is no equity in the property for the benefit of unsecured creditors. As stated in the First Circuit's decision in In re Traverse, 753 F. 3d 19 (1st Cir. 2014 ), a copy of which is also attached, "Where, on the other hand, a property fails to yield any remaining equity for the estate beyond the value of its secured encumbrances and the debtor's homestead exemption, a trustee generally should not sell the home, but should leave the secured creditors to their own legal means of recovering their claims."

Also attached is a copy of the trustee's objection and related documents, including a transcript of the hearing before the bankruptcy court.

Wherefore Chapin requests that the bankruptcy court's order be stayed.

November 10, 2020

                                                              Respectfully submitted,
                                                              Barry Wisner Chapin, debtor
                                                              By his attorney,

                                                              /s/     *David G. Baker*
                                                              David G. Baker, Esq.
                                                              236 Huntington Avenue, Ste. 317
                                                              Boston, MA 02115
                                                              BBO # 634889
                                                              617-340-3680

CERTIFICATE OF SERVICE

The undersigned hereby states upon information and belief that on the date set forth above, the within Motion will be served upon all persons and entities named below by the court's CM/ECF system on the date set forth above.

                                    /s/           *David G. Baker*
                                    David G. Baker, Esq.

Kathleen R. Cruickshank on behalf of Trustee Harold B. Murphy - kcruickshank@murphyking.com, bankruptcy@murphyking.com;rguarino@murphyking.com;ecf-f3829d9f3bd3@ecf.pacerpro.com

Harold B. Murphy - mxc@hanify.com, ma33@ecfcbis.com;dkonusevska@murphyking.com